AO 450 (Rev. 5/85) (Mod. 10/93)  Judgment in a Civil Case

# United States District Court
**WESTERN DISTRICT OF WASHINGTON**

JUDGMENT IN A CIVIL CASE

UNITED STATES OF AMERICA,

v.

RITA I. JOHNSON            CASE NUMBER: C05-5798RBL

[ √ ]  **Decision by Court.**  This action came under consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Plaintiff's Motion for Summary Judgment is GRANTED.

*DATED:* 2/26/07

        BRUCE  RIFKIN
*Clerk*

        /s/   Jean Boring
*(By) Deputy Clerk*, Jean Boring